# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Justin T. Quinn |
| v. | Mag. No. 25-6061 (JTQ) |
| DAVID CHAPINSKI | CRIMINAL COMPLAINT |

I, Keven Hendricks, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Task Force Officer with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ Keven Hendricks

Keven Hendricks, Task Force Officer
Federal Bureau of Investigation

Attested to by telephone pursuant to
Fed. R. Crim. P. 4.1(b)(2)(A)
on October 10, 2025,
in the District of New Jersey

Honorable Justin T. Quinn
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

On or about September 13, 2025, in Middlesex County, in the District of New Jersey and elsewhere, the defendant,

### DAVID CHAPINSKI,

did knowingly possess and attempt to possess a Samsung Galaxy cell phone that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor or a minor who had not attained 12 years of age, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, after having previously been convicted under the laws of the State of New Jersey for attempted endangering the welfare of a child by photographing or filming a child in a prohibited sexual act or in the simulation of such an act, in violation of N.J.S.A. 2C:24-4b(4), and possession of child pornography, in violation of N.J.S.A. 2C:24-4b(5)(b)(iii).

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

2

**ATTACHMENT B**

I, Keven Hendricks, am a Task Force Officer with the Federal Bureau of Investigation ("FBI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents and other items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.      On or about September 13, 2025, local law enforcement officers were dispatched to a restaurant located on Easton Avenue in New Brunswick (the "Restaurant"), New Jersey, for a report of a male subject surreptitiously taking photographs or videos with his cell phone of a juvenile female's vaginal area underneath the juvenile female's skirt.  Upon arriving at the Restaurant, local law enforcement encountered and detained the suspect, who was subsequently identified as defendant DAVID CHAPINSKI ("CHAPINSKI").  Local law enforcement also spoke with a witness ("Witness-1") and the seventeen-year-old female victim ("Victim-1").  Witness-1 reported that he observed CHAPINSKI in the Restaurant standing in line behind Victim-1, who was wearing a mini skirt.  Witness-1 saw CHAPINSKI holding a cell phone underneath Victim-1's skirt and taking photographs or videos of Victim-1's vaginal area.  Witness-1 then confronted CHIPINSKI, at which time CHIPINSKI attempted to leave the Restaurant.  However, Witness-1 prevented CHIPINSKI from leaving the Restaurant until local law enforcement arrived.  Witness-1 further advised local law enforcement that, after CHIPINSKI attempted to leave the Restaurant, Witness-1 observed CHIPINSKI attempting to delete photos or videos on CHIPINSKI's cell phone.

2.      Local law enforcement arrested CHAPINSKI and seized a Samsung Galaxy cell phone from CHAPINSKI.  A subsequent warrant authorized search of CHAPINSKI's cell phone revealed numerous images depicting child pornography, including images depicting prepubescent minors engaged in sexually explicit conduct.

3.      Summaries of six of these images include:

| FILE NAME | DESCRIPTION |
|---|---|
| ScreenShot_20250903_012535_Chrome.jpg | This image is a screenshot generated on the device. The time 01:25 is displayed in the upper left corner, as well as some notification alerts on the top of the screen.  This screen capture is from a website displayed in the system browser.  The URL for the address is obfuscated but within the URL "haleybrooks.ru" is visible and the website's overall color scheme is dark green & light green.  There is an ad banner below the URL that reads "HD_XXX VIDEOS".  The image depicts a prepubescent female, approximately four to five years old, wearing a lime green Disney "Tinker Bell" dress with matching shoes.  The victim has no underwear or pants on.  The victim's legs are spread, and an adult male's erect penis appears to be partially penetrating the victim's vagina. |
| ScreenShot_20250903_012924.Chrome.jpg | This image is a screenshot generated on the device. The time 01:29 is displayed in the upper left corner, as well as some notification alerts on the top of the screen. This screen capture is from a website displayed in the system browser.  The URL for the address is obfuscated but within the URL "haleybrooks.ru" is visible and the website's overall color scheme is dark green & light green.  There is an ad banner below the URL that reads "Open Image \| 8 Bit Girls". Below the ad banner, a text box reads: "169 Views - Added on July 12th 2025". The image depicts a prepubescent female, approximately seven to eight years old, laying supine on what appears to be a bed.  The victim is wearing a tie-dyed pink & blue long sleeve shirt, with no pants or underwear.  The victim's legs are spread, and a pink dildo is inserted into the victim's vagina. |
| ScreenShot_20250903_014730_Chrome.jpg | This image is a screenshot generated on the device. The time 01:47 is displayed in the upper left corner, as well as some notification alerts on the top of the screen.  This screen capture is from a website displayed in the system browser.  The URL for the address is obfuscated but within the URL "haleybrooks.ru" is visible and the website's overall color scheme is dark green & light green.  There is |

4

|  | an ad banner below the URL that reads "GET ACCESS" that has Japanese anime-style girls. Below the ad banner, a text box reads: "145 Views - Added on July 24th 2025". The image depicts a prepubescent female toddler with her legs spread and her underwear being pulled down her legs by what appears to be an adult male's hand. The victim is seated on the lap of an adult male wearing teal-colored shorts. The adult male's erect penis is visible from the teal-colored shorts and the victim's buttocks are resting on the adult male's erect penis. Underneath the photo on the website appears to be a rating system reflecting: 66 "Thumbs Up", 8 "Thumbs Down", 48 "Hearts", and 79 "Fires". |
|---|---|
| ScreenShot_20250903_ 020314_Chrome.jpg | This image is a screenshot generated on the device. The time 02:03 is displayed in the upper left corner, as well as some notification alerts on the top of the screen. This screen capture is from a website displayed in the system browser. The URL for the address is obfuscated but within the URL "haleybrooks.ru" is visible and the website's overall color scheme is dark green & light green. There is an ad banner below the URL that reads "GET ACCESS" that has Japanese anime-style girls. Below the ad banner, a text box reads: "178 Views - Added on July 10th 2025". The image depicts a prepubescent female toddler with an unclothed lower torso. The victim's legs are spread, and her vagina and anus are visible. The victim's legs are spread over an adult male's unclothed lap. The adult male's penis is erect and is penetrating the victim's anus. Underneath the photo on the website appears to be a rating system reflecting: 100 "Thumbs Up", 11 "Thumbs Down", and 29 "Hearts". |

5

| ScreenShot_20250903_103752_Chrome.jpg | This image is a screenshot generated on the device. The time 10:37 is displayed in the upper left corner, as well as some notification alerts on the top of the screen. This screen capture is from a website displayed in the system browser. The URL for the address is obfuscated but within the URL "haleybrooks.ru" is visible and the website's overall color scheme is dark green & light green. There is an ad banner below the URL that reads "GET ACCESS" that has Japanese anime-style girls. Below the ad banner, a text box reads: "140 Views - Added on July 12th 2025". The image depicts a prepubescent female toddler laying on what appears to be a bed with pink sheets. The victim is wearing a pink sleeveless shirt that is pulled up to her chest, with no pants or underwear, and has a pink pacifier in her mouth. The victim's legs are spread with the victim's buttocks on top of what appears to be an undone diaper, and there is a flesh-colored dildo penetrating the victim's vagina. Underneath the photo of the victim on the website appears to be a rating system reflecting: 67 "Thumbs Up", 4 "Thumbs Down", and 32 "Hearts". |
|---|---|
| download.txt | This image exists in the system file path: "Documents/download.txt" reflecting a creation date of 10/29/2019 and bearing the MD5 hash: 602a285b25f0a879b6aa894e13d0133c. The image depicts a prepubescent female toddler wearing a striped pink and white shirt with no pants or underwear, and holding a white lamb stuffed animal with her right arm. The victim is laying on what appears to be a mattress or cot with her legs spread in the air. The victim is holding both of her legs behind the knees, and the victim's vagina and anus are fully exposed. |

4.    CHAPINSKI has previously been convicted of two sexual offenses involving minors. On or about December 12, 2023, CHAPINSKI was convicted in the Superior Court of New Jersey, Bergen County, of second-degree attempted endangering the welfare of a child by photographing or filming a child in a prohibited sexual act or in the simulation of such an act, in violation of N.J.S.A. 2C:24-4b(4), and was sentenced to five years' imprisonment. In addition, on or about December 15, 2023, CHAPINSKI was convicted in the

Superior Court of New Jersey, Somerset County, of third-degree possession of child pornography, in violation of N.J.S.A. 2C:24-4b(5)(b)(iii), and was sentenced to three years' imprisonment.  On or about August 31, 2025, after serving the above referenced terms of imprisonment, CHAPINSKI was released from New Jersey State Prison.

5.     Based on my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge and belief, the images of child pornography found on CHAPINSKI's cell phone were transported and transmitted in interstate commerce and were transported and transmitted using any means and facility of interstate and foreign commerce, including by computer, and the images of child pornography found on CHAPINSKI's cell phone further were produced using materials that were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

7